IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER, | 1:07-cv-00865-AWI-SMS (PC) |
| Plaintiff, | |
| vs. | ORDER DISREGARDING MOTION FOR EXTENSION OF TIME AS MOOT |
| W. SUESBERRY, et al., | (DOCUMENT #16) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On July 23, 2009, plaintiff filed a motion for extension of time to file a second amended complaint.  Due to the fact that plaintiff filed a timely second amended complaint on July 23, 2009, IT IS HEREBY ORDERED THAT plaintiff's motion for extension of time is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   September 10, 2009**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE