# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER, | CASE NO. 1:07-cv–00865-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. | (ECF No. 36) |
| W. SUESBERRY, et al., | |
| Defendants. | |

On July 19, 2012, an order issued vacating findings and recommendations and granting Plaintiff's request for copies of his motion for summary judgment. A copy of the motion for summary judgment was attached to the order. On September 10, 2012, Plaintiff filed a motion requesting a copy of his motion for summary judgment. Since Plaintiff received the order granting his request for a copy of the motion, to which the motion for summary judgment was attached, Plaintiff should have received the motion for summary judgment. As Plaintiff was advised in the July 19, 2012, order, Plaintiff is required to pay for any further copies. If Plaintiff wishes for the Court to provide a second copy of the motion for summary judgment he must submit $.50 per page and a self addressed stamped envelope to cover the cost of postage.

Accordingly, Plaintiff's motion for copies, filed September 10, 2012, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  September 11, 2012              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1