# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER, | CASE NO. 1:07-cv–00865-AWI-BAM PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (ECF No. 40) |
| W. SUESBERRY, et al., | FIFTEEN DAY DEADLINE |
| Defendants. | |

Plaintiff Anthony D. Wafer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 2, 2012, Plaintiff filed an unsigned motion for a thirty day extension of time to file objections to the findings and recommendations issued July 27, 2012. (ECF Nos. 33, 40.)

Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is advised that in order to obtain an extension of time he is required to show good cause for the continuance and that requires a showing of diligence. Accordingly, Plaintiff's unsigned motion for a thirty day extension of time is STRICKEN FROM THE RECORD, and Plaintiff is GRANTED fifteen (15) days in which to file his objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   November 5, 2012          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

1