# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GALVAN,<br><br>          Plaintiff,<br><br>     v.<br><br>M.S.N.B.C., et al.,<br><br>          Defendants.<br>_____/ | CASE No.   1:12-cv-01756-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION FOR DISMISSAL OF PLAINTIFF'S ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>(ECF No. 7)<br><br>CLERK TO CLOSE CASE |

Plaintiff Robert Galvan is a state prisoner proceeding pro se and in forma pauperis in this civil action filed October 29, 2012. (Compl., ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On November 30, 2012, Findings and Recommendation for Dismissal of this Action without Prejudice for Lack of Subject Matter Jurisdiction (F&R re Dismiss., ECF

-1-

No. 7) were filed in which the Magistrate Judge recommended that this matter be DISMISSED WITHOUT PREJUDICE by the District Judge.

The parties were notified that objection, if any, was due within thirty days. No party filed an objection to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed November 30, 2012, in full;

2. This action is dismissed without prejudice for lack of subject matter jurisdiction; and

3. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:   **January 11, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE