# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. SUESBERRY, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv–00865-AWI-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 33, 44)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Anthony D. Wafer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 27, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. On December 17, 2012, Plaintiff filed an Objection.

　　　In his objection, Plaintiff moves again for appointment of counsel and appointment of a special master. (Objection to Magistrate Judge's Findings and Recommendations 16-17, ECF No. 44.) Plaintiff may not combine motions with his Objection to the Findings and Recommendation. Accordingly, Plaintiff's motions brought in his Objection shall be disregarded.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings

1

and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 27, 2012, is adopted in full;

2. Plaintiff's deliberate indifference claim against Defendant Suesberry based upon his alleged inadequate performance of the surgery on April 24, 2003, and treatment to prevent the reoccurrence of the keloids is dismissed, with prejudice, for failure to state a claim;

3. Plaintiff's Eighth Amendment claims against Defendants Yamaguchi, Pacheco, Greenough, Kimura-Yip, Grannis, Hodges-Wilkins, and Jane Doe are dismissed, with prejudice, for failure to state a claim;

4. Defendants Yamaguchi, Pacheco, Greenough, Kimura-Yip, Grannis, Hodges-Wilkins, McGuiness, and Jane Doe are dismissed from this action;

5. Plaintiff's official capacity claims and request for declaratory relief are dismissed, without leave to amend;

6. Plaintiff's motion for appointment of an attorney is denied;

7. Plaintiff's motion for appointment of a special master is denied; and

8. Within thirty days from the date of service of this order, Plaintiff shall either:

    a. File an amended complaint curing the deficiencies identified by the Court in this order, or

    b. Notify the Court in writing that he does not wish to file an amended complaint and is willing to proceed only against Defendants Suesberry, Reynolds, and Hasadsir for failure to provide medication in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:   January 12, 2013

SENIOR DISTRICT JUDGE