# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER, | CASE NO. 1:07-cv–00865-AWI-BAM PC |
| Plaintiff, | |
| v. | ORDER REGARDING REQUEST FOR COPY OF CORRECT COURT DOCUMENTS |
| W. SUESBERRY, et al., | (ECF No. 46) |
| Defendants. | |
| _____ / | |

    Plaintiff Anthony D. Wafer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 14, 2013, the Court issued an Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants With Prejudice for Failure to State a Claim.  (ECF No. 45.)  The Court also ordered Plaintiff to file an amended complaint or to notify the Court that he does not wish to file an amended complaint and is willing to proceed only against Defendants Suesberry, Reynolds and Hasadsir for failure to provide medication in violation of the Eighth Amendment.

    On January 14, 2013, the Court served the order on Plaintiff by mail.  On January 17, 2013, the Court re-served the order on Plaintiff by mail.  However, on February 15, 2013, Plaintiff filed the instant notice indicating that he received a copy of the wrong documents.  (ECF No. 46.)  Plaintiff now requests a copy of the Court's most recent order.

    Upon review, it is not clear whether Plaintiff has received the re-served order, which was mailed to him on January 17, 2013.  Accordingly, his request for an additional copy of the order is

1

1 GRANTED.  The Clerk of the Court is DIRECTED to mail Plaintiff a copy of the Court's order
2 issued on January 14, 2013.
3     IT IS SO ORDERED.
4 **Dated:**   **February 19, 2013**                    **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE