# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER, | Case No.: 1:07-cv-00865-AWI-BAM PC |
| Plaintiff, | ORDER DISMISSING CLAIM |
| v. | (ECF Nos. 45, 48.) |
| W. SUESBERRY, et al., | |
| Defendants. | |

Plaintiff Anthony D. Wafer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2012, the Magistrate Judge screened Plaintiff's second amended complaint and issued findings and recommendations. The Magistrate Judge found that Plaintiff stated a cognizable claim against Defendants Suesberry, Reynolds, and Hasadsir for failure to prescribe medication to treat Plaintiff's claims of pain, swelling, and infection, but failed to state any other cognizable claims for relief. The Magistrate Judge recommended that certain defendants and claims be dismissed with prejudice, and that Plaintiff be granted leave to amend his complaint to state a cognizable claim based upon the failure to provide radiation therapy prior to his surgical appointment on March 27, 2006. (ECF No. 33.)

On January 14, 2013, the Court issued an Order Adopting Findings and Recommendations and Dismissing Certain Claims and Defendants with Prejudice for Failure to State a Claim. (ECF No. 45.) The Court also ordered Plaintiff to file an amended complaint or notify the Court that he does not wish

to file an amended complaint and is willing to proceed only against Defendants Suesberry, Reynolds and Hasadsir for failure to provide medication in violation of the Eighth Amendment.

On February 21, 2013, Plaintiff filed a notice indicating that he is willing to proceed only against Defendants Suesberry, Reynolds and Hasadsir for failure to provide medication in violation of the Eighth Amendment. (ECF No. 48.)

Based on the notice, IT IS HEREBY ORDERED as follows:

1. Plaintiff's claim based upon the failure to provide radiation therapy prior to his surgical appointment on March 27, 2006, is DISMISSED;
2. This action shall proceed on Plaintiff's second amended complaint, which was filed on July 23, 2009, against Defendants Suesberry, Reynolds and Hasadsir for failure to provide medication in violation of the Eighth Amendment; and
3. This action is referred back to the Magistrate Judge.

IT IS SO ORDERED.

Dated:   May 28, 2013                         _____
                                              SENIOR DISTRICT JUDGE