UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>    Plaintiff,<br><br>    v.<br><br>W. SUESBERRY, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-00865-AWI-BAM PC<br><br>ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 56.) |

Plaintiff Anthony D. Wafer is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 18, 2013, Plaintiff filed a request for entry of default against Defendant W. Suesberry.  (ECF No. 56.)

The U.S. Marshal was ordered to serve Defendant W. Suesberry with a summons and a copy of Plaintiff's complaint on June 19, 2013. (ECF No. 52.)  On November 1, 2013, a waiver of service of summons was returned as to Defendant W. Suesberry.  (ECF No. 55.)  The waiver form was signed by Defendant W. Suesberry on September 4, 2013, and contained notice that "a judgment may be entered against [Defendant Suesberry] if an answer or motion under Rule 12 was not filed within the U.S. District Court and served upon plaintiff within 60 days after 8/14/2013."  (ECF No. 55, p. 5.)  Based on the waiver and Federal Rule of Civil Procedure 4(d)(3), Defendant Suesberry's answer or motion under Rule 12 was due on or before October 14, 2013.  Defendant Suesberry has not filed an answer or motion under Rule 12 to Plaintiff's complaint.  Accordingly, the Court will direct the Clerk

1

to enter default against Defendant Suesberry because he has "failed to plead or otherwise defend." Federal Rule of Civil Procedure 55(a).

    Based on the foregoing, the Clerk of the Court is HEREBY DIRECTED to enter default against Defendant W. Suesberry.

IT IS SO ORDERED.

Dated:   **November 19, 2013**            /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE