# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>      Plaintiff,<br><br>  v.<br><br>W. SUESBERRY, et al.,<br><br>      Defendants. | 1:07-cv-00865-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT REYNOLDS TO FILE RESPONSIVE PLEADING<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims against Defendants Reynolds and Suesberry for failure to provide medication in violation of the Eighth Amendment.[1] On March 14, 2014, the Court denied Defendant Reynolds' motion to dismiss for failure to exhaust administrative remedies. Accordingly, Defendant Reynolds shall file an answer or other responsive pleading within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

    Dated:  **April 1, 2014**              /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court entered default against Defendant Suesberry on November 20, 2013. (ECF No. 58.) Plaintiff's motion for default judgment is pending.

1