# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SUESBERRY, et al.,<br><br>　　　　Defendants. | 1:07-cv-00865-AWI-BAM (PC)<br><br>ORDER REGARDING MOTION FOR CLARIFICATION ON PROSPECTIVE COURT DATE:  JUNE 12, 2014<br><br>(ECF No. 80) |

Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claims against Defendants Reynolds and Suesberry for failure to provide medication in violation of the Eighth Amendment.[1]  On March 14, 2014, the Court denied Defendant Reynolds' motion to dismiss for failure to exhaust administrative remedies.  Defendant Reynolds answered the complaint on April 22, 2014. (ECF No. 67.)

On April 29, 2014, the Court issued a Discovery and Scheduling Order, which established the discovery and motion deadlines for Plaintiff's claim against Defendant Reynolds.  (ECF No. 75.)

On May 1, 2014, the Court set this matter for a settlement conference before Magistrate Judge Sheila K. Oberto on June 12, 2014.  (ECF No. 76.)  The Court also issued an order and

---

[1]  The Clerk of the Court entered default against Defendant Suesberry on November 20, 2013.  (ECF No. 58.) The Court issued Findings and Recommendations that Plaintiff's motion for default judgment be denied without prejudice.  Additionally, Defendant Suesberry filed a motion to set aside the default on April 24, 2014.  (ECF No. 69.)  The motion to set aside default is pending.

1

writ of habeas corpus ad testificandum to secure Plaintiff's transportation for the settlement conference. (ECF No. 77.)

On May 16, 2014, Plaintiff filed the instant motion requesting clarification of the prospective court date on June 12, 2014. Plaintiff explains that he was transferred to North Kern County State Prison on May 5, 2014, for a court appearance on May 6, 2014. However, staff informed Plaintiff that he was transferred in error and that he is scheduled for court on June 12, 2014. Plaintiff now requests clarification of the June 12, 2014 court date. (ECF No. 80.)

Plaintiff's request for clarification is GRANTED. As stated above, this matter is scheduled for settlement conference before Magistrate Judge Sheila K. Oberto at the U. S. District Court, Courtroom #7, 2500 Tulare Street, Fresno, California 93721, on Thursday, June 12, 2014, at 1:00 p.m. The Court has issued an order and writ to secure Plaintiff's appearance at the settlement conference.

IT IS SO ORDERED.

Dated: **May 19, 2014**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE