# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. SUESBERRY, et al.,<br><br>　　　　Defendants. | 1:07-cv-00865-AWI-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER (ECF No. 83) |

　　　Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Suesberry and Reynolds for failure to provide medication in violation of the Eighth Amendment.  On April 22, 2014, Defendant Reynolds answered Plaintiff's complaint.  On May 27, 2014, Plaintiff filed a response to Defendant Reynolds' answer.  (ECF No. 83.)

　　　　In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendant Reynolds' answer and declines to make such an order.  Accordingly, Plaintiff's response to the answer is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

　　Dated:　**May 29, 2014**　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1