# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>        Plaintiff,<br><br>  v.<br><br>W. SUESBERRY, et al.,<br><br>        Defendants. | 1:07-cv-00865-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF Nos. 59, 64) |

      Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 1, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for default judgment against Defendant Suesberry be denied without prejudice.  (ECF No. 64.)  The Findings and Recommendations were served on the parties appearing in this action and contained notice that any objections were to be filed within fourteen (14) days after service.  On April 21, 2014, the Court granted Plaintiff an extension of time to April 24, 2014, to file his objections.  (ECF No. 74.)  On April 28, 2014, the Court granted Plaintiff a second extension of time to May 2, 2014, to file his objections.  (ECF No. 74.)  On May 8, 2014, Plaintiff filed objections.  (ECF No. 79.)

      Plaintiff's objections are, in essence, a brief in support of the motion for default judgment against Defendant Suesberry.  Plaintiff does not identify any specific errors or mistakes of law by the Magistrate Judge.  Instead, Plaintiff reargues the motion for default judgment and attempts to

provide information supporting his claim for compensatory damages against Defendant Suesberry.  Defendant Suesberry has filed a motion to set aside the default, which was submitted during the pendency of the motion for default judgment.  (ECF No. 69.)  If the motion to set aside is not granted, then Plaintiff may renew his motion for default judgment.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including the objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on April 1, 2014, are adopted in full;
2. Plaintiff's motion for default judgment against Defendant Suesberry is DENIED without prejudice; and
3. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   June 4, 2014                             _____
                                                                    SENIOR  DISTRICT  JUDGE