KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MICHELLE S. DOMINGO, State Bar No. 289462
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-7553
 Fax: (916) 324-5205
 E-mail: Mika.Domingo@doj.ca.gov
*Attorneys for Defendant Reynolds*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>W. SUESBERRY, et al.,<br><br>　　　　　　　　Defendants. | 1:07-cv-00865 AWI-BAM PC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

　　　Plaintiff Anthony D. Wafer and Defendant M. Reynolds have resolved this case as to all claims against Defendant M. Reynolds. Therefore, the parties stipulate to a dismissal of this action with prejudice, as against Defendant Reynolds only, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

1  Each party shall bear its own litigation costs and attorney's fees.
2  IT IS SO STIPULATED.

3
4  Dated: 6/11/14      _____
                       Anthony Wafer, Plaintiff
5
6  Dated: 6/12/14      _____
7                      Michelle S. Domingo
                       Deputy Attorney General
8                      California Attorney General's Office
                       *Attorney for Defendant Reynolds*
9

SA2013310431
11371944.doc

**It is so Ordered. Dated:** 6-23-14

_____
United States District Judge