# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>        Plaintiff,<br><br>    v.<br><br>W. SUESBERRY, et al.,<br><br>        Defendants. | 1:07-cv-00865-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT SUESBERRY TO FILE RESPONSIVE PLEADING<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds only on Plaintiff's claim against Defendant Suesberry for failure to provide medication in violation of the Eighth Amendment. On June 9, 2014, the Court granted Defendant Suesberry's motion to set aside the default. Defendant Suesberry has not filed a responsive pleading. Accordingly, Defendant Suesberry shall file an answer or other responsive pleading to the second amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

   Dated:  **July 1, 2014**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1