UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>          Plaintiff,<br><br>     v.<br><br>W. SUESBERRY, et al.,<br><br>          Defendants. | Case No.: 1:07-cv-00865-AWI-BAM PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION REGARDING PRODUCTION OF MATERIAL RECORDS<br><br>(ECF No. 107) |

Plaintiff Anthony D. Wafer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2014, Plaintiff filed the instant motion entitled "Production of Material Records for Inspection per Subpoena Fed. R. Civ. P. 45(c)."  (ECF No. 107.)  Plaintiff filed the motion "to provide notice to all parties of the production/submission of all material records and documents in Plaintiff's possession, custody, or control."  (ECF No. 107, p. 1.)  Plaintiff also includes a purported response to admissions.  (ECF No. 107, p. 2.)

Plaintiff's discovery notices and responses should not be submitted to the Court unless they are relevant and necessary to the resolution of a motion at issue before the Court.  Plaintiff's instant discovery notice and response is not relevant or necessary to the resolution of any motion currently at issue before the Court.

1

1  Accordingly, Plaintiff's motion regarding the production of records is HEREBY
2  DISREGARDED.
3  IT IS SO ORDERED.

4  Dated: **August 29, 2014**               /s/ *Barbara A. McAuliffe*
5                                           UNITED STATES MAGISTRATE JUDGE