UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. WAFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SUESBERRY, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00865-AWI-BAM PC<br><br>APPEAL NO. 15-16889<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

　　　　Plaintiff Anthony D. Wafer ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 18, 2007. On August 31, 2015, the Court dismissed this action because Plaintiff's claims are barred by the applicable statute of limitations. (ECF No. 128.) Plaintiff appealed.

　　　　On September 23, 2015, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **September 27, 2015**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1